*In the matter of the petition of Jacob M. Schermerhorn.* SANDFORDS & PORTER, for Petitioner; B. W. BONNEY, for J. J. Palmer, special receiver; J. CLEAVELAND, for D. Leavitt, receiver, &c.; W. C. NOYES, for Blatchford and others, trustees, &c. Petition dismissed, with costs to be taxed in favor of the several parties who have appeared.

*Henry Maples et al v. George W. Howe et al. adm'rs &c.* J. RHOADES, for appellants; A. TABER, for respondents. Order of the surrogate of Otsego county confirming the sale, by the administrators, of a part of the real estate of N. How deceased, reversed; and administrators directed to readvertise the property for sale, and to give notice that the whole farm will be sold together, subject to the widow's right of dower. Costs of both parties on this appeal directed to be paid out of the proceeds of the sale.